**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ADVANCE COMPANIES INC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1332441** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **350 73RD AVE NE STE 15 FRIDLEY, MN 55432** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Anoka** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **WWW.ADVANCECOMPANIES.COM** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **ADVANCE COMPANIES INC**                                          Case number (*if known*) _____
          Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>2361</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **ADVANCE COMPANIES INC**

Name

Case number (*if known*) _____

---

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **ADVANCE COMPANIES INC**                                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **ADVANCE COMPANIES INC**                                              Case number (*if known*) _____
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2025**
_____
MM / DD / YYYY

**X** **/s/ ROGER M. WASHBOURNE**                               **ROGER M. WASHBOURNE**
_____           _____
Signature of authorized representative of debtor                 Printed name

Title    **PRESIDENT**
_____

---

**18. Signature of attorney**

**X** **/s/ JOHN D. LAMEY III**                                    Date    **May 18, 2025**
_____                 _____
Signature of attorney for debtor                                              MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
_____
Printed name

**LAMEY LAW FIRM, P.A.**
_____
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
_____
Number, Street, City, State & ZIP Code

Contact phone    **651.209.3550**                Email address    **JLAMEY@LAMEYLAW.COM**
_____                                 _____

**0312009 MN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2025**          X */s/* **ROGER M. WASHBOURNE**
                                        Signature of individual signing on behalf of debtor

                                        **ROGER M. WASHBOURNE**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **ADVANCE COMPANIES INC** | |
| United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC SUPPLY CO 15631 COLLECTON CENTER Chicago, IL 60693-0156** | | **UNSECURED** | | | | **$24,161.22** |
| **B & D PLUMBING HEATING & AIR 4145 MACKENZIE COURT N. E. Saint Michael, MN 55376** | | **UNSECURED** | | | | **$68,831.10** |
| **CABINETRY CONCEPTS 14410 AZURITE STREET NW Anoka, MN 55303** | | **UNSECURED** | | | | **$9,044.74** |
| **CANFIELD CAPITAL LLC ATTN CHIEF MANAGER 30 N GOULD ST STE R Sheridan, WY 82801** | | **FUTURE ACCOUNTS RECEIVABLE** | | **$57,310.00** | **$0.00** | **$57,310.00** |
| **CBIZ ADVISORS, LLC 12993 COLLECTIONS CENTER DR Chicago, IL 60693** | | **UNSECURED** | | | | **$15,000.00** |
| **CLOUD CONTENTS, INC 14160 BASALT ST NW Anoka, MN 55303** | | **UNSECURED** | | | | **$34,987.86** |

| Debtor | **ADVANCE COMPANIES INC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FYM CAPITAL LLC ATTN CHIEF MANAGER 433 PLAZA REAL STE 275 Boca Raton, FL 33432** | | **BLANKET LIEN - ALL ASSETS** | | **$95,561.24** | **$0.00** | **$95,561.24** |
| **GARAGE FORCE 18525 HWY 212 Norwood Young America, MN 55368** | | **UNSECURED** | | | | **$13,453.00** |
| **HAMERNICK'S FLOORING SOLUTIONS 9449 SCIENCE CENTER DRIVE STE 200 Saint Paul, MN 55117** | | **UNSECURED** | | | | **$68,007.51** |
| **HEALTHPARTNERS PO BOX 772648 Detroit, MI 48277** | | **UNSECURED** | | | | **$37,695.05** |
| **IRS PO BOX 7346 Philadelphia, PA 19101-7346** | | **PRIORITY TAXES** | | | | **$35,000.00** |
| **JGC PAINT WORK LLC ATTN JORGE GARCIA 1235 BUSH AVE Saint Paul, MN 55106** | | **UNSECURED** | | | | **$36,976.87** |
| **LIQUIDITY ACCESS LLC 25 MELVILLE PARK RD STE 60 Melville, NY 11747-3172** | | **BLANKET LIEN - ALL ASSETS** | | **$385,681.88** | **$0.00** | **$385,681.88** |
| **OVERCOTT EXTERIORS 19717 JACKIE LANE ROGERS Rogers, MN 55374** | | **UNSECURED** | | | | **$75,289.89** |
| **ROGER WASHBOURNE 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241** | | **UNSECURED/SHAREHOLDER LOAN** | | | | **$56,000.00** |

Debtor   **ADVANCE COMPANIES INC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SCHERER BROTHERS LUMBER COMPANY PO BOX 1450 Minneapolis, MN 55485** | | **UNSECURED** | | | | **$13,401.91** |
| **SEDGWICK CLAIMS MANAGEMENT SERVICES PO BOX 639153 Cincinnati, OH 45263** | | **UNSECURED** | | | | **$45,250.39** |
| **SOUTH SIDE ELECTRIC, INC 9201 EAST FWY SUITE X Minneapolis, MN 55420** | | **UNSECURED** | | | | **$56,233.42** |
| **TRUE BLUE CONSTRUCTION SERVICES LLC 7103 HWY 65 NE Minneapolis, MN 55432** | | **UNSECURED** | | | | **$130,299.67** |
| **UZ INSULATION SERVICES 3021 162ND LANE NW Andover, MN 55304** | | **UNSECURED** | | | | **$9,265.40** |

| Fill in this information to identify the case: |
|---|

Debtor name   **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................................   $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................................   $      **98,837.19**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................................   $      **98,837.19**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **652,390.31**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **35,500.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$    **827,968.48**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                            $    **1,515,858.79**

**Fill in this information to identify the case:**

Debtor name    **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **US BANK, N.A.** | **CHECKING** | **7014** | **$21,712.94** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                          | **$21,712.94** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **7,124.25** | - | **0.00** | = .... | **$7,124.25** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **ADVANCE COMPANIES INC**                     Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | 923,038.55 | - | 873,038.55 | =.... | $50,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $57,124.25 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** OFFICE EQUIPMENT  AND COMPUTERS | $0.00 | Liquidation | $5,000.00 |
| **10 DEHUMIDIFIERS, 20 FANS, 2 CARPET CLEANING MACHINES, 2 HAND HELD MOISTURE READERS** | $0.00 | Liquidation | $15,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | $20,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor     **ADVANCE COMPANIES INC**_____        Case number *(If known)* _____
       Name

    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **ADVANCE COMPANIES INC**_____   Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,712.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $57,124.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $98,837.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $98,837.19 |

**Fill in this information to identify the case:**

Debtor name   **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **CANFIELD CAPITAL LLC**<br>Creditor's Name<br><br>**ATTN CHIEF MANAGER**<br>**30 N GOULD ST STE R**<br>**Sheridan, WY 82801**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**FUTURE ACCOUNTS RECEIVABLE** | **$57,310.00** | **$0.00** |

Creditor's email address, if known

Describe the lien
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**03/17/2025**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **CT CORPORATION SYSTEM INC**<br>Creditor's Name<br><br>**330 N BRAND BLVD STE 700**<br>**ATTN SPRS**<br>**Glendale, CA 91203**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**BLANKET LIEN - ALL ASSETS** | $98,837.19 *<br><br>*AMOUNT ESTIMATED | $98,837.19 |

Describe the lien
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/17/2022**
Last 4 digits of account number

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FINANCIAL PACIFIC LEASING, INC.** | | $15,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 4568
Auburn, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**09/19/2024**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**10 DEHUMIDIFIERS, 20 FANS, 2 CARPET CLEANING MACHINES, 2 HAND HELD MOISTURE READERS**

**Describe the lien**

**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **FYM CAPITAL LLC** | | $95,561.24 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN CHIEF MANAGER
433 PLAZA REAL STE 275
Boca Raton, FL 33432**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**02/13/2025**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**BLANKET LIEN - ALL ASSETS**

**Describe the lien**

**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **LIQUIDITY ACCESS LLC** | | $385,681.88 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**25 MELVILLE PARK RD
STE 60
Melville, NY 11747-3172**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**BLANKET LIEN - ALL ASSETS**

**Describe the lien**

**UCC-1 FINANCING STATEMENT**

---

Debtor   **ADVANCE COMPANIES INC**                                          Case number (if known)
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**12/26/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $652,390.31

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BORIS YANKOVICH ESQ**<br>**2916 SHELL RD**<br>**Brooklyn, NY 11224** | Line   **2.5** | |

| Fill in this information to identify the case: |
|---|

Debtor name    **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,000.00** | **$35,000.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**MINNESOTA DEPT OF REV**<br>**COLLECTION DIVISION**<br>**PO BOX 64564**<br>**Saint Paul, MN 55164-0564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                        Amount of claim

| Debtor | **ADVANCE COMPANIES INC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** Nonpriority creditor's name and mailing address

**5G PRO CONSTRUCTION AND
REMODELING LLC
6861 OAKLEY ST NE
FRIDLEY, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**ABC SUPPLY CO
15631 COLLECTON CENTER
Chicago, IL 60693-0156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$24,161.22**

---

**3.3** Nonpriority creditor's name and mailing address

**ADAM KLEMMENSEN
2622 STINSON BLVD
Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**AFCO
PO BOX 360572
Pittsburgh, PA 15250-6572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$2,274.82**

---

**3.5** Nonpriority creditor's name and mailing address

**AKER DOORS, INC
17124 ULYSSES ST NE
Andover, MN 55304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$5,794.96**

---

**3.6** Nonpriority creditor's name and mailing address

**ALACRITY SOLUTIONS
360 E. 10TH AVE STE 400
Albertville, MN 55301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$1,217.39**

---

**3.7** Nonpriority creditor's name and mailing address

**ALI HASSAN
6599 CHANNEL RD NE
FRIDLEY, MN 55432-4628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | ADVANCE COMPANIES INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address

**ALLY BANK**
**PO BOX 380902**
**BLOOMINGTON, MN 55438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED - VEHICLE DEFICIENCIES**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9**

Nonpriority creditor's name and mailing address

**APEX MECHANICAL**
**1507 SE EATON BLVD**
**Battle Ground, WA 98604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$752.00**

---

**3.10**

Nonpriority creditor's name and mailing address

**B & D PLUMBING HEATING & AIR**
**4145 MACKENZIE COURT N. E.**
**Saint Michael, MN 55376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$68,831.10**

---

**3.11**

Nonpriority creditor's name and mailing address

**B & M HAZELWOOD MASONRY, INC**
**2175 LAKE GEORGE PARKWAY**
**OAK GROVE, MN 55011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,552.80**

---

**3.12**

Nonpriority creditor's name and mailing address

**BEACON**
**3112 TRUCK CENTER DR**
**Duluth, MN 55806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,312.33**

---

**3.13**

Nonpriority creditor's name and mailing address

**BIFFS INC**
**6430 COUNTY RD 101 E**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$616.47**

---

**3.14**

Nonpriority creditor's name and mailing address

**BRENTS BIFFIES INC**
**4771 CARIBOU LAKE RD**
**Saginaw, MN 55779**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

**$787.35**

---

| Debtor | **ADVANCE COMPANIES INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,044.74** |
|---|---|---|---|
| | **CABINETRY CONCEPTS**<br>**14410 AZURITE STREET NW**<br>**Anoka, MN 55303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,763.90** |
|---|---|---|---|
| | **CAPITAL ONE TRADE CREDIT**<br>**PO BOX 60506**<br>**City of Industry, CA 91716-0506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **CASSANDRA ROBINSON**<br>**1942 RIPLEY AVE**<br>**MAPLEWOOD, MN 55109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __POSSIBLE CLAIM__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **CBIZ ADVISORS, LLC**<br>**12993 COLLECTIONS CENTER DR**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,935.50** |
|---|---|---|---|
| | **CENTERPOINT ENERGY**<br>**PO BOX 1144**<br>**Minneapolis, MN 55440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **CENTRA SODABLASTING**<br>**PO BOX 489**<br>**Northfield, MN 55057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,987.86** |
|---|---|---|---|
| | **CLOUD CONTENTS, INC**<br>**14160 BASALT ST NW**<br>**Anoka, MN 55303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | ADVANCE COMPANIES INC | | Case number (if known) | |
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.19 |
| | **COORDINATED BUSINESS SYSTEMS LTD**<br>**851 W 128TH ST**<br>**Burnsville, MN 55337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **CRAIG BETTMAN**<br>**8393 MARSH CREEK RD**<br>**WOODBURY, MN 55123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __POSSIBLE CLAIM__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.86 |
| | **CULLIGAN BOTTLED WATER**<br>**DEPT. 18511**<br>**PO BOX 77043**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,117.96 |
| | **ENCOMPASS, INC**<br>**5435 FELTL RD**<br>**Hopkins, MN 55343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,738.00 |
| | **ERICKSON ASPHALT & CONCRETE**<br>**PO BOX 176**<br>**Princeton, MN 55371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,380.51 |
| | **FIFTH THIRD BANK**<br>**PO BOX 630412**<br>**Cincinnati, OH 45263-0412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,453.00 |
| | **GARAGE FORCE**<br>**18525 HWY 212**<br>**Norwood Young America, MN 55368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: __UNSECURED__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ADVANCE COMPANIES INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,577.94 |
|---|---|---|---|

**GLACIER HOMES LLC**
**3925 LOVELL RD**
**LEXINGTON, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GM FINANCIAL**
**PO BOX 181145**
**Arlington, TX 76096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED - VEHICLE DEFICIENCIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,351.70 |
|---|---|---|---|

**GO MINI MSP**
**8271 WEST 35W SERVICE DR**
**Minneapolis, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.09 |
|---|---|---|---|

**GOLDEN VALLEY SUPPLY COMPANY**
**1000 ZANE AVE N**
**Minneapolis, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.66 |
|---|---|---|---|

**GREAT AMERICA BIG PRINTER**
**PO BOX 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,007.51 |
|---|---|---|---|

**HAMERNICK'S FLOORING SOLUTIONS**
**9449 SCIENCE CENTER DRIVE STE 200**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.75 |
|---|---|---|---|

**HANK'S SPECIALTIES**
**PO BOX 120150**
**Saint Paul, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ADVANCE COMPANIES INC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,695.05 |
|---|---|---|---|

**HEALTHPARTNERS**
**PO BOX 772648**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HENRY SPENCER**
**14961 MADISON ST NE**
**HAM LAKE, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.05 |
|---|---|---|---|

**HIRSHFIELD'S**
**725 2ND AVE N**
**Minneapolis, MN 55405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.50 |
|---|---|---|---|

**HOME DEPOT**
**5650 MAIN STREET NE**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.00 |
|---|---|---|---|

**HOME OPTIONS & UPGRADES, INC**
**16428 84TH AVE N**
**Osseo, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,482.04 |
|---|---|---|---|

**IMPACT INTERIORS, LLC**
**305 S 24TH STREET**
**Kansas City, KS 66106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JACOB WINTER**
**33664 FOREST BLVD**
**Stacy, MN 55079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,976.87** |
|---|---|---|---|

**JGC PAINT WORK LLC**
**ATTN JORGE GARCIA**
**1235 BUSH AVE**
**Saint Paul, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$372.24** |
|---|---|---|---|

**JONATHAN WINDOW DESIGNS**
**565-127TH LANE NW**
**Minneapolis, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KAMARI LITTLE**
**7320 UNITY LN N**
**Minneapolis, MN 55443-5203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KASEY K JOHNSON**
**112 150TH ST W**
**APPLY VALLEY, MN 55124-8951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KAYLEE KOSMIDES**
**7527 WASHBURN AVE S**
**Minneapolis, MN 55423-3538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,585.22** |
|---|---|---|---|

**LENDSPARK**
**2554 GATEWAY RD**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**LENDSPARK EQUIPMENT**
**2554 GATEWAY RD**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50**

Nonpriority creditor's name and mailing address
**LIBERTY FUNDING GROUP LLC**
**ATTN CHIEF MANAGER**
**1401 CAMINO DEL MAR STE 202**
**Del Mar, CA 92014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51**

Nonpriority creditor's name and mailing address
**LLOYD'S CONSTRUCTION SERVICES, INC**
**6528 CO. RD 101 E**
**Shakopee, MN 55379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$3,437.28**

---

**3.52**

Nonpriority creditor's name and mailing address
**LNM CONSTRUCTION LLC**
**3510 DARROW AVE SE**
**Buffalo, MN 55313**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$5,154.72**

---

**3.53**

Nonpriority creditor's name and mailing address
**LUKEN GOOD FLOORING LLC**
**23514 HOPI ST NW ST**
**Saint Francis, MN 55070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.54**

Nonpriority creditor's name and mailing address
**MALANIE WANG**
**4908 103RD AVE**
**Minneapolis, MN 55443**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

Nonpriority creditor's name and mailing address
**MCA RESOLVE LLC**
**220 CONGRESS PARK STE 215**
**Delray Beach, FL 33445**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56**

Nonpriority creditor's name and mailing address
**MICHAEL LARSON**
**9705 40TH ST**
**Princeton, MN 55371-6129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.66** |
|---|---|---|---|

**MINUTEMEN PRESS**
**525 MAIN STREET STE 300**
**Saint Paul, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MN DEPT OF EMPLOY AND ECON DEV**
**BANKRUPTCY DIVISION**
**332 MINNESOTA ST STE E200**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.62** |
|---|---|---|---|

**MS INTERNATIONAL INC**
**10205 10TH AVE N**
**SUITE B**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NATALIE LOR**
**1473 WESTERN AVE N**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,481.00** |
|---|---|---|---|

**NATURE'S STONE & CABINET LLC**
**680 E TRAVELERS TRAIL**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,094.60** |
|---|---|---|---|

**NEXT GEAR SOLUTIONS**
**PO BOX 200702**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NOEL DONAHUE**
**5540 PINE HILL RD**
**Duluth, MN 55810-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NORBERTO SANTAMARIA**
**1200 CIRCLE TERRACE BLVD NE #1202**
**Minneapolis, MN 55421-3144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NYANGWESO EPPERSON**
**17052 81ST AVE N**
**MAPLE GROVE, MN 55311-1753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,289.89** |
|---|---|---|---|

**OVERCOTT EXTERIORS**
**19717 JACKIE LANE ROGERS**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PATRICA VAUK**
**3209 47TH AVE S**
**Minneapolis, MN 55406-2334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,309.74** |
|---|---|---|---|

**PLUSWOOD DISTRIBUTERS LLC**
**PO BOX 5**
**Montevideo, MN 56265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,958.55** |
|---|---|---|---|

**PREMIER IT LLC**
**7384 KIRKWOOD CT #100**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118.94** |
|---|---|---|---|

**PRINT CENTRAL**
**9260 BALTIMORE ST NE**
**Minneapolis, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ADVANCE COMPANIES INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |
|---|---|---|---|

**QUICKBOOK PAYMENTS**
**2700 COAST AVE**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RAINSE CHETANA**
**5325 RIVER BLUFF CURV**
**Minneapolis, MN 55437-3616**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**RING CENTRAL**
**20 DAVIS DRIVE**
**Belmont, CA 94002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,000.00** |
|---|---|---|---|

**ROGER WASHBOURNE**
**6725 NEW YORK AVE S APT 653**
**EDINA, MN 55435-3241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **UNSECURED/SHAREHOLDER LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SARAH HEGLAND**
**1348 SCHLETTI ST**
**Saint Paul, MN 55117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,401.91** |
|---|---|---|---|

**SCHERER BROTHERS LUMBER COMPANY**
**PO BOX 1450**
**Minneapolis, MN 55485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,250.39** |
|---|---|---|---|

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES**
**PO BOX 639153**
**Cincinnati, OH 45263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ADVANCE COMPANIES INC**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

3.78

**Nonpriority creditor's name and mailing address**

**SHARONAH JACOBUS**
**908 CONNOR AVE E**
**MAPLEWOOD, MN 55109-1957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.79

**Nonpriority creditor's name and mailing address**

**SHERWIN WILLIAMS**
**4110 CENTRAL AVE NE**
**Minneapolis, MN 55421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$508.24**

---

3.80

**Nonpriority creditor's name and mailing address**

**SHULMAN BUSKE PLLC**
**ATTN DAVID SHULMAN**
**126 NORTH THIRD ST STE 402**
**Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.81

**Nonpriority creditor's name and mailing address**

**SIWEK LUMBER & MILLWORK**
**2536 MARSHALL ST NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$3,928.23**

---

3.82

**Nonpriority creditor's name and mailing address**

**SOUTH SIDE ELECTRIC, INC**
**9201 EAST FWY SUITE X**
**Minneapolis, MN 55420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$56,233.42**

---

3.83

**Nonpriority creditor's name and mailing address**

**STEVEN JOHN**
**1014 THIRD AVE S**
**Stillwater, MN 55082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.84

**Nonpriority creditor's name and mailing address**

**T-MOBLIE**
**PO BOX 742596**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

**$131.47**

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**TECH FINANCIAL SERVICES INC**
840 N. THIRD ST.
SUITE 500
Milwaukee, WI 53203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/08/2021**

Basis for the claim:  **UNSECURED / POSSIBLE CLAIM**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |

**TOTAL OUTDOOR SOLUTIONS, LLC**
40705 FINLEY RD
North Branch, MN 55056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |

**TOTALLY SITCHIN PLUS**
7593 HWY 65 NE
Minneapolis, MN 55432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,299.67** |

**TRUE BLUE CONSTRUCTION SERVICES LLC**
7103 HWY 65 NE
Minneapolis, MN 55432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**US ATTORNEY**
600 US COURTHOUSE
300 S FOURTH ST
Minneapolis, MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,265.40** |

**UZ INSULATION SERVICES**
3021 162ND LANE NW
Andover, MN 55304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,928.00** |

**VARA FLOORING LLC**
14291 OAKHILL RD N
Scandia, MN 55073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ADVANCE COMPANIES INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.31 |
|---|---|---|---|

**VEHITECH FLEET SERVICE**
**700 UNIVERSITY AVE**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591.24 |
|---|---|---|---|

**VERIZON WIRE**
**PO BOX 489**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,178.18 |
|---|---|---|---|

**WEX BANK**
**PO BOX 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,298.21 |
|---|---|---|---|

**XACTWARE SOLUTIONS, INC**
**PO BOX 30196**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.73 |
|---|---|---|---|

**XCEL ENERGY**
**PO BOX 8**
**Eau Claire, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,507.50 |
|---|---|---|---|

**Z BIO SCIENCE**
**8401 LANCASTER AVE**
**Bethel, PA 19507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **MINNESOTA CONSTRUCTION LAW SERVICES**<br>**ATTN KIMBERLY PRICE ESQ**<br>**3030 CENTRE POINTE DR STE 100**<br>**ROSEVILLE, MN 55113** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **ADVANCE COMPANIES INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |
| | Name and mailing address | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 35,500.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 827,968.48 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 863,468.48 |

**Fill in this information to identify the case:**

Debtor name    **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:    **DISTRICT OF MINNESOTA**

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **COMPANY REPRESENTATIVE AGREEMENT - ASSUME** | |
| State the term remaining    **12 MONTHS, WITH ANNUAL RENEWALS** | **Z BIOSCIENCE INC 800 S OHIO ST Tuscola, IL 61953** |
| List the contract number of any government contract    **N/A** | |

| Fill in this information to identify the case: |
|---|
| Debtor name   **ADVANCE COMPANIES INC** |
| United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | ROGER WASHBOURNE | 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 CO-DEBTOR | LIQUIDITY ACCESS LLC | ☐ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.2 | ROGER WASHBOURNE | 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 CO-DEBTOR | CANFIELD CAPITAL LLC | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | ROGER WASHBOURNE | 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 CO-DEBTOR | FINANCIAL PACIFIC LEASING, INC. | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | ROGER WASHBOURNE | 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 CO-DEBTOR | FYM CAPITAL LLC | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name      **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the:   **DISTRICT OF MINNESOTA**

Case number (if known) _____

☐ Check if this is an
   amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**      **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$1,220,785.66** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$4,375,848.47** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$3,448,478.65** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**      **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | ADVANCE COMPANIES INC | | Case number *(if known)* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | SEE ATTACHED EXHIBIT A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| ALLY BANK<br>PO BOX 380902<br>BLOOMINGTON, MN 55438 | VARIOUS VEHCILES RETURNED | LAST 90 DAYS | Unknown |
| GM FINANCIAL<br>PO BOX 181145<br>Arlington, TX 76096 | VARIOUS VEHCILES RETURNED | LAST 90 DAYS | Unknown |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | TRUE BULE CONSTRUCTION SERVICES LLC V. ADVANCED COMPANIES INC. AND ROGER WASHBOURNE<br>02-CV-24-7402 | BREACH OF CONTRACT ET AL | ANOKA COUNTY<br>325 JACKSON ST<br>Anoka, MN 55303 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **ADVANCE COMPANIES INC**                                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **CANFIELD CAPITAL LLC V. ADVANCED COMPANIES INC. AND ROGER WASHBOURNE** | **BREACH ON CONTRACT ET AL** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU 100 SUPREME CT DR Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **LIQUIDITY ACCESS LLC V. ADVANCE COMPANIES INC AND ROGER M. WASHBOURNE INDEX NO. E2025010757** | **BREACH OF CONTRACT ET AL** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF MONROE** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **ADVANCE COMPANIES INC**        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAMEY LAW FIRM, P.A. 980 INWOOD AVE N OAKDALE, MN 55128-7094** | **ATTORNEY FEES AND COURT FILING FEE** | **APRIL 2025** | **$15,000.00** |
| | **Email or website address JLAMEY@LAMEYLAW.COM** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

&#9632; None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

&#9633; None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **CHEDDAR LLC 181 S RIVER RIDGE CIR Burnsville, MN 55337** | **SEE ATTACHED EXHIBIT B** | **APRIL 9, 2025** | **$9,670.00** |
| | **Relationship to debtor NONE.** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

&#9632; Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

&#9632; No. Go to Part 9.
&#9633; Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | ADVANCE COMPANIES INC | Case number *(if known)* | |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **NORTHEAST BANK<br>77 BROADWAY ST NE<br>Minneapolis, MN 55413** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **WINTER 2025** | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | ADVANCE COMPANIES INC | | Case number *(if known)* | |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

| Debtor | ADVANCE COMPANIES INC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ROGER WASHBOURNE | 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 | PRESIDENT | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ROGER WASHBOURNE 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241 | NORMAL AND CUSTOMARY COMPENSATION | LAST 12 MONTHS | COMPENSATION FOR SERVICES RENDERED |
| | Relationship to debtor OWNER | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **ADVANCE COMPANIES INC**                                        Case number *(if known)*  _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **OLEKSANDRA OVCHAROVA 6725 NEW YORK AVE S APT 653 EDINA, MN 55435-3241** | **NORMAL AND CUSTOMARY COMPENSATION** | **LAST 12 MONTHS** | **COMPENSATION FOR SERVICES RENDERED** |
| | Relationship to debtor **SPOUSE OF ROGER WASHBOURNE** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2025**

**/s/ ROGER M. WASHBOURNE**                        **ROGER M. WASHBOURNE**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Transaction List by Vendor**
**Advance Companies, Inc.**
March 18-May 18, 2025



| | Date | Transaction type | Num | Posting (Y/N) | Memo/Description | Account full name | Amount |
|---|---|---|---|---|---|---|---|
| HealthPartners | | | | | | | |
| | 05/01/2025 | Bill | | Yes | | Accounts Payable | 13,462.96 |
| **Total for HealthPartners** | | | | | | | **$13,462.96** |
| Intuit | | | | | | | |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 3,240.56 |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 1,579.46 |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 2,320.05 |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 3,990.38 |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 1,284.37 |
| | 03/24/2025 | Deposit | | Yes | Electronic Deposit Intuit | US Bank Checking MN | 2,632.64 |
| **Total for Intuit** | | | | | | | **$15,047.46** |
| Mr Shane Eckes | | | | | | | |
| | 04/29/2025 | Check | 29017 | Yes | | US Bank Checking MN | -8,100.00 |
| | 04/29/2025 | Check | | Yes | Settlement for Shane Eckes | US Bank Checking MN | -4,050.00 |
| **Total for Mr Shane Eckes** | | | | | | | **-$12,150.00** |
| Payroll | | | | | | | |
| | 05/02/2025 | Expense | | Yes | Digital Ach Payment FXbXXXXXXcX3990oleksandra Ovcharova | US Bank Checking MN | -2,430.21 |
| | 05/02/2025 | Expense | | Yes | Digital Ach Payment EbaXbXfXb3760abroger Washbourne | US Bank Checking MN | -5,769.23 |
| | 05/09/2025 | Expense | | Yes | Digital Ach Payment FbXXaX9de80eaa2oleksandra Ovcharova | US Bank Checking MN | -2,430.21 |
| **Total for Payroll** | | | | | | | **-$10,629.65** |
| Roger Washbourne | | | | | | | |
| | 03/19/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XX/XX XXXXXXXXXXXXXXX3p1bp2pusbiqk6nfyjn | US Bank Checking MN | -5,000.00 |
| | 03/21/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XXXXXXXXXXXXXXX13p1bp2pusbihabngymw | US Bank Checking MN | -5,000.00 |
| | 03/21/2025 | Expense | | Yes | Zelle Instant Pmt To Victoria Usb6afpngykm | US Bank Checking MN | -400.00 |
| | 03/24/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XXXXXXXXXXXXXXX3p1bp2pusb4hjynhoug | US Bank Checking MN | -5,000.00 |
| | 03/26/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XX/XX XXXXXXXXXXXXXXX13p1bp2pusbuqdtrrhxxy | US Bank Checking MN | -5,000.00 |
| | 03/27/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XXXXXXXXXXXXXXX3p1bp2pusbkn0anifep | US Bank Checking MN | -2,000.00 |
| | 04/22/2025 | Expense | | Yes | Zelle Instant Pmt To Oleksandra Ovcharova XXXXXXXXXXXXXXX13p1bp2pusbkizbnpfcl | US Bank Checking MN | -3,500.00 |
| | 04/24/2025 | Bill | | Yes | | Accounts Payable | 10.00 |
| | 05/12/2025 | Expense | | Yes | Digital Ach Payment XX/XX SXccbXa9d0d7d3croger Washbourne | US Bank Checking MN | -3,300.00 |
| **Total for Roger Washbourne** | | | | | | | **-$29,190.00** |

**EXHIBIT B**

- APPL, VACUUM, Olympus, 03-500h, 24331926 ($1200.00)

- APPL, VACUUM, Other, Pf85dx, 10090 ($1100.00)

- APPL, VACUUM, Other, Flood king , 15000108 ($400.00)

- APPL, VACUUM, Other, 36306, 12717 ($1300.00)

- PTOOL, SPRAYE, Other, Nova390, None ($360.00)

- APPL, VACUUM, Other, 2000, None ($450.00)

- PTOOL, SPRAYE, Other, Mz360, 4000psi ($850.00)

- PTOOL, COMPRE, Craftsman, 921165720, U3a165c ($225.00)

- PTOOL, COMPRE, Other, Pm2000i, 3006984811 ($165.00)

- PTOOL, COMPRE, Other, Lgr, F2368168 ($400.00)

- PTOOL, COMPRE, Other, Lgr, D2452539 ($400.00)

- PTOOL, COMPRE, Other, Lgr, D2455785 ($400.00)

- PTOOL, COMPRE, Other, D2455783, D2455783 ($400.00)

- PTOOL, COMPRE, Other, Lgr, D2452540 ($400.00)

- PTOOL, COMPRE, Other, Lgr, D2452541 ($400.00)

- APPL, VACUUM, Other, Ez spot, S012512 ($200.00)

- APPL, FAN, Other, 510b, 24070084 ($170.00)

- APPL, FAN, Other, 510b, 24070166 ($170.00)

- APPL, FAN, Other, 510b, 23120035 ($170.00)

- APPL, FAN, Other, 510b, 23120002 ($170.00)

- APPL, FAN, Other, 510b, 23120008 ($170.00)

- APPL, FAN, Other, 510b, 24070283 ($170.00)

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re    **ADVANCE COMPANIES INC**                                    Case No.

                                     Debtor(s)              Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................ $    **HOURLY**
Prior to the filing of this statement I have received    .............. $    **15,000.00**
Balance Due    ......................................................................... $    **TO BE DETERMINED**

2.    The source of the compensation paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

    **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    **d.**. Representation of the debtor in contested bankruptcy matters; and

    **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete
statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **May 12, 2025**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

# United States Bankruptcy Court
### District of Minnesota

In re    __ADVANCE COMPANIES INC__ _____    Case No. _____

                                        Debtor(s)          Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __May 18, 2025__ _____      Signature    /s/ ROGER M. WASHBOURNE _____
                                                         **ROGER M. WASHBOURNE**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Minnesota

In re    **ADVANCE COMPANIES INC**

Debtor(s)                    Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **May 18, 2025**                    **/s/ ROGER M. WASHBOURNE**

**ROGER M. WASHBOURNE/PRESIDENT**
Signer/Title

5G PRO CONSTRUCTION AND REMODELING LLC
6861 OAKLEY ST NE
FRIDLEY MN 55432


ABC SUPPLY CO
15631 COLLECTON CENTER
CHICAGO IL 60693-0156


ADAM KLEMMENSEN
2622 STINSON BLVD
MINNEAPOLIS MN 55418


AFCO
PO BOX 360572
PITTSBURGH PA 15250-6572


AKER DOORS, INC
17124 ULYSSES ST NE
ANDOVER MN 55304


ALACRITY SOLUTIONS
360 E. 10TH AVE STE 400
ALBERTVILLE MN 55301


ALI HASSAN
6599 CHANNEL RD NE
FRIDLEY MN 55432-4628


ALLY BANK
PO BOX 380902
BLOOMINGTON MN 55438


APEX MECHANICAL
1507 SE EATON BLVD
BATTLE GROUND WA 98604

B & D PLUMBING HEATING & AIR
4145 MACKENZIE COURT N. E.
SAINT MICHAEL MN 55376


B & M HAZELWOOD MASONRY, INC
2175 LAKE GEORGE PARKWAY
OAK GROVE MN 55011


BEACON
3112 TRUCK CENTER DR
DULUTH MN 55806


BIFFS INC
6430 COUNTY RD 101 E
SHAKOPEE MN 55379


BORIS YANKOVICH ESQ
2916 SHELL RD
BROOKLYN NY 11224


BRENTS BIFFIES INC
4771 CARIBOU LAKE RD
SAGINAW MN 55779


CABINETRY CONCEPTS
14410 AZURITE STREET NW
ANOKA MN 55303


CANFIELD CAPITAL LLC
ATTN CHIEF MANAGER
30 N GOULD ST STE R
SHERIDAN WY 82801


CAPITAL ONE TRADE CREDIT
PO BOX 60506
CITY OF INDUSTRY CA 91716-0506

CASSANDRA ROBINSON
1942 RIPLEY AVE
MAPLEWOOD MN 55109


CBIZ ADVISORS, LLC
12993 COLLECTIONS CENTER DR
CHICAGO IL 60693


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTRA SODABLASTING
PO BOX 489
NORTHFIELD MN 55057


CLOUD CONTENTS, INC
14160 BASALT ST NW
ANOKA MN 55303


COORDINATED BUSINESS SYSTEMS LTD
851 W 128TH ST
BURNSVILLE MN 55337


CRAIG BETTMAN
8393 MARSH CREEK RD
WOODBURY MN 55123


CT CORPORATION SYSTEM INC
330 N BRAND BLVD STE 700
ATTN SPRS
GLENDALE CA 91203


CULLIGAN BOTTLED WATER
DEPT. 18511
PO BOX 77043
MINNEAPOLIS MN 55480

ENCOMPASS, INC
5435 FELTL RD
HOPKINS MN 55343


ERICKSON ASPHALT & CONCRETE
PO BOX 176
PRINCETON MN 55371


FIFTH THIRD BANK
PO BOX 630412
CINCINNATI OH 45263-0412


FINANCIAL PACIFIC LEASING, INC.
PO BOX 4568
AUBURN WA 98001


FYM CAPITAL LLC
ATTN CHIEF MANAGER
433 PLAZA REAL STE 275
BOCA RATON FL 33432


GARAGE FORCE
18525 HWY 212
NORWOOD YOUNG AMERICA MN 55368


GLACIER HOMES LLC
3925 LOVELL RD
LEXINGTON MN 55014


GM FINANCIAL
PO BOX 181145
ARLINGTON TX 76096


GO MINI MSP
8271 WEST 35W SERVICE DR
MINNEAPOLIS MN 55449

GOLDEN VALLEY SUPPLY COMPANY
1000 ZANE AVE N
MINNEAPOLIS MN 55422


GREAT AMERICA BIG PRINTER
PO BOX 660831
DALLAS TX 75266


HAMERNICK'S FLOORING SOLUTIONS
9449 SCIENCE CENTER DRIVE STE 200
SAINT PAUL MN 55117


HANK'S SPECIALTIES
PO BOX 120150
SAINT PAUL MN 55112


HEALTHPARTNERS
PO BOX 772648
DETROIT MI 48277


HENRY SPENCER
14961 MADISON ST NE
HAM LAKE MN 55304


HIRSHFIELD'S
725 2ND AVE N
MINNEAPOLIS MN 55405


HOME DEPOT
5650 MAIN STREET NE
MINNEAPOLIS MN 55432


HOME OPTIONS & UPGRADES, INC
16428 84TH AVE N
OSSEO MN 55311

IMPACT INTERIORS, LLC
305 S 24TH STREET
KANSAS CITY KS 66106


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JACOB WINTER
33664 FOREST BLVD
STACY MN 55079


JGC PAINT WORK LLC
ATTN JORGE GARCIA
1235 BUSH AVE
SAINT PAUL MN 55106


JONATHAN WINDOW DESIGNS
565-127TH LANE NW
MINNEAPOLIS MN 55448


KAMARI LITTLE
7320 UNITY LN N
MINNEAPOLIS MN 55443-5203


KASEY K JOHNSON
112 150TH ST W
APPLY VALLEY MN 55124-8951


KAYLEE KOSMIDES
7527 WASHBURN AVE S
MINNEAPOLIS MN 55423-3538


LENDSPARK
2554 GATEWAY RD
CARLSBAD CA 92009

LENDSPARK EQUIPMENT
2554 GATEWAY RD
CARLSBAD CA 92009


LIBERTY FUNDING GROUP LLC
ATTN CHIEF MANAGER
1401 CAMINO DEL MAR STE 202
DEL MAR CA 92014


LIQUIDITY ACCESS LLC
25 MELVILLE PARK RD
STE 60
MELVILLE NY 11747-3172


LLOYD'S CONSTRUCTION SERVICES, INC
6528 CO. RD 101 E
SHAKOPEE MN 55379


LNM CONSTRUCTION LLC
3510 DARROW AVE SE
BUFFALO MN 55313


LUKEN GOOD FLOORING LLC
23514 HOPI ST NW ST
SAINT FRANCIS MN 55070


MALANIE WANG
4908 103RD AVE
MINNEAPOLIS MN 55443


MCA RESOLVE LLC
220 CONGRESS PARK STE 215
DELRAY BEACH FL 33445


MICHAEL LARSON
9705 40TH ST
PRINCETON MN 55371-6129

MINNESOTA CONSTRUCTION LAW SERVICES
ATTN KIMBERLY PRICE ESQ
3030 CENTRE POINTE DR STE 100
ROSEVILLE MN 55113


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


MINUTEMEN PRESS
525 MAIN STREET STE 300
SAINT PAUL MN 55112


MN DEPT OF EMPLOY AND ECON DEV
BANKRUPTCY DIVISION
332 MINNESOTA ST STE E200
SAINT PAUL MN 55101


MS INTERNATIONAL INC
10205 10TH AVE N
SUITE B
MINNEAPOLIS MN 55441


NATALIE LOR
1473 WESTERN AVE N
SAINT PAUL MN 55117


NATURE'S STONE & CABINET LLC
680 E TRAVELERS TRAIL
BURNSVILLE MN 55337


NEXT GEAR SOLUTIONS
PO BOX 200702
DALLAS TX 75320


NOEL DONAHUE
5540 PINE HILL RD
DULUTH MN 55810-2148

NORBERTO SANTAMARIA
1200 CIRCLE TERRACE BLVD NE #1202
MINNEAPOLIS MN 55421-3144


NYANGWESO EPPERSON
17052 81ST AVE N
MAPLE GROVE MN 55311-1753


OVERCOTT EXTERIORS
19717 JACKIE LANE ROGERS
ROGERS MN 55374


PATRICA VAUK
3209 47TH AVE S
MINNEAPOLIS MN 55406-2334


PLUSWOOD DISTRIBUTERS LLC
PO BOX 5
MONTEVIDEO MN 56265


PREMIER IT LLC
7384 KIRKWOOD CT #100
OSSEO MN 55369


PRINT CENTRAL
9260 BALTIMORE ST NE
MINNEAPOLIS MN 55449


QUICKBOOK PAYMENTS
2700 COAST AVE
MOUNTAIN VIEW CA 94043


RAINSE CHETANA
5325 RIVER BLUFF CURV
MINNEAPOLIS MN 55437-3616

RING CENTRAL
20 DAVIS DRIVE
BELMONT CA 94002


ROGER WASHBOURNE
6725 NEW YORK AVE S APT 653
EDINA MN 55435-3241


SARAH HEGLAND
1348 SCHLETTI ST
SAINT PAUL MN 55117


SCHERER BROTHERS LUMBER COMPANY
PO BOX 1450
MINNEAPOLIS MN 55485


SEDGWICK CLAIMS MANAGEMENT SERVICES
PO BOX 639153
CINCINNATI OH 45263


SHARONAH JACOBUS
908 CONNOR AVE E
MAPLEWOOD MN 55109-1957


SHERWIN WILLIAMS
4110 CENTRAL AVE NE
MINNEAPOLIS MN 55421


SHULMAN BUSKE PLLC
ATTN DAVID SHULMAN
126 NORTH THIRD ST STE 402
MINNEAPOLIS MN 55401


SIWEK LUMBER & MILLWORK
2536 MARSHALL ST NE
MINNEAPOLIS MN 55418

```
SOUTH SIDE ELECTRIC, INC
9201 EAST FWY SUITE X
MINNEAPOLIS MN 55420


STEVEN JOHN
1014 THIRD AVE S
STILLWATER MN 55082


T-MOBLIE
PO BOX 742596
CINCINNATI OH 45274


TECH FINANCIAL SERVICES INC
840 N. THIRD ST.
SUITE 500
MILWAUKEE WI 53203


TOTAL OUTDOOR SOLUTIONS, LLC
40705 FINLEY RD
NORTH BRANCH MN 55056


TOTALLY SITCHIN PLUS
7593 HWY 65 NE
MINNEAPOLIS MN 55432


TRUE BLUE CONSTRUCTION SERVICES LLC
7103 HWY 65 NE
MINNEAPOLIS MN 55432


US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415


UZ INSULATION SERVICES
3021 162ND LANE NW
ANDOVER MN 55304
```

VARA FLOORING LLC
14291 OAKHILL RD N
SCANDIA MN 55073


VEHITECH FLEET SERVICE
700 UNIVERSITY AVE
MINNEAPOLIS MN 55432


VERIZON WIRE
PO BOX 489
NEWARK NJ 07101


WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293


XACTWARE SOLUTIONS, INC
PO BOX 30196
NEW YORK NY 10087


XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702


Z BIO SCIENCE
8401 LANCASTER AVE
BETHEL PA 19507


Z BIOSCIENCE INC
800 S OHIO ST
TUSCOLA IL 61953