# United States Bankruptcy Court
## District of Minnesota

In re **ADVANCE COMPANIES INC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ADVANCE COMPANIES INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**May 18, 2025**  
Date

**/s/ JOHN D. LAMEY III**  
**JOHN D. LAMEY III 0312009**  
Signature of Attorney or Litigant  
Counsel for **ADVANCE COMPANIES INC**  
**LAMEY LAW FIRM, P.A.**  
**980 INWOOD AVE N**  
**OAKDALE, MN 55128-7094**  
**651.209.3550 Fax:651.789.2179**  
**JLAMEY@LAMEYLAW.COM**