**Fill in this information to identify the case:**

Debtor name: **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): 25-41603

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................................ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................................... $ **98,837.19**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................................. $ **98,837.19**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **553,553.12**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................. $ **35,500.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **827,968.48**

4. **Total liabilities** .............................................................................................................................................
   Lines 2 + 3a + 3b    $ **1,417,021.60**

**Fill in this information to identify the case:**

Debtor name: **ADVANCE COMPANIES INC**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): _____

☒ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   CANFIELD CAPITAL LLC**<br>Creditor's Name<br>ATTN CHIEF MANAGER<br>30 N GOULD ST STE R<br>Sheridan, WY 82801<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>03/17/2025<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>FUTURE ACCOUNTS RECEIVABLE<br><br>**Describe the lien**<br>UCC-1 FINANCING STATEMENT<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57,310.00 | $0.00 |
| **2.2   CT CORPORATION SYSTEM INC**<br>Creditor's Name<br>330 N BRAND BLVD STE 700<br>ATTN SPRS<br>Glendale, CA 91203<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>11/17/2022<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>BLANKET LIEN - ALL ASSETS<br><br>**Describe the lien**<br>UCC-1 FINANCING STATEMENT<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $98,837.19 | $98,837.19<br><br>*PAID OFF, ORIGINALLY LISTED IN ERROR. |

| Debtor | ADVANCE COMPANIES INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FINANCIAL PACIFIC LEASING, INC.** | | | $15,000.00 | $15,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**10 DEHUMIDIFIERS, 20 FANS, 2 CARPET CLEANING MACHINES, 2 HAND HELD MOISTURE READERS**

**PO BOX 4568**
**Auburn, WA 98001**
Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/19/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **FYM CAPITAL LLC** | | | $95,561.24 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**BLANKET LIEN - ALL ASSETS**

**ATTN CHIEF MANAGER**
**433 PLAZA REAL STE 275**
**Boca Raton, FL 33432**
Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/13/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **LIQUIDITY ACCESS LLC** | | | $385,681.88 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**BLANKET LIEN - ALL ASSETS**

**25 MELVILLE PARK RD STE 60**
**Melville, NY 11747-3172**
Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

---

Debtor **ADVANCE COMPANIES INC**  
Name

Case number (if known) _____

Creditor's email address, if known

**Is the creditor an insider or related party?**  
☒ No  
☐ Yes

**Is anyone else liable on this claim?**  
☐ No  
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  
**12/26/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
☒ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$652,390.31**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BORIS YANKOVICH ESQ**<br>**2916 SHELL RD**<br>**Brooklyn, NY 11224** | Line **2.5** | |

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                                    Case No. **25-41603**
**ADVANCE COMPANIES INC**

Debtor(s).

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [**individual debtors only**] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: **May 28, 2025**

X  */e/ Roger M. Washbourne*                                          X _____
Signature of Debtor1 or Authorized
Representative                                                                      Signature of Debtor 2

**ROGER M. WASHBOURNE, PRES.**
Printed Name of Debtor 1 or                                             Printed Name of Debtor 2
Authorized Representative