# Balance Sheet

## Advance Companies, Inc.
### As of May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|     Bank Accounts | |
|       NE Bank Checking #1467 | -2,200.58 |
|       NE Bank Savings | 41.78 |
|       Petty Cash | |
|       Undeposited Clearing | |
|       US Bank Checking MN | 22,154.27 |
|     **Total for Bank Accounts** | **$19,995.47** |
|     Accounts Receivable | |
|       Accounts Receivable | 930,439.34 |
|     **Total for Accounts Receivable** | **$930,439.34** |
|     Other Current Assets | |
|       Due from MO | $898.30 |
|         Due from MO - Liquidity Access | 128,615.00 |
|         Due from MO - Operating | 142,766.55 |
|     **Total for Due from MO** | **$272,279.85** |
|       FM Clearing | |
|       Payroll Corrections-1 | |
|       Uncategorized Asset | 26,640.00 |
|       Undeposited Funds | 21,527.46 |
|     **Total for Other Current Assets** | **$320,447.31** |
|   **Total for Current Assets** | **$1,270,882.12** |
|   Fixed Assets | |
|     Equipment | 170,825.84 |
|     Furniture and Fixtures | 10,316.25 |
|     Lease Hold Improvements | |

# Balance Sheet

## Advance Companies, Inc.

### As of May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Motor Vehicles | 0 |
|   2007 Chev Kodiak 4500 (9768) | 29,954.00 |
|   2011 Chevy Van (8298) | |
|   2014 Chevy Exp G2500 (3078) | 13,474.00 |
|   2017 Chev Silverado (5285) | |
|   2021 Chevy Equinox (1094) | 22,244.43 |
|   2021 Chevy Equinox (7266) | 24,789.13 |
|   2022 Chevy Colorado (8484) | 41,111.02 |
|   2023 Chevy Colorado (0816) | 48,340.73 |
|   2023 Chevy Colorado (2135) | 48,340.73 |
|   2024 Ram Promaster (1703) | 49,295.00 |
|   2024 Ram Promaster (3084) | 49,245.00 |
|   Other Vehicles | |
| **Total for Motor Vehicles** | **$326,794.04** |
|   zAccumulated Depreciation | -204,912.00 |
| **Total for Fixed Assets** | **$303,024.13** |
|   Other Assets | |
| **Total for Assets** | **$1,573,906.25** |
| Liabilities and Equity | |
|  Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|     Accounts Payable | 776,765.29 |
|     Payrole | -9,000.00 |
|    **Total for Accounts Payable** | **$767,765.29** |
|    Credit Cards | |
|     American Expr /ADVANCE | |
|     AMEX Roger | |
|     AMEX Sasha | 352.95 |
|     Bank of America (Roger 6617) | |
|     Citibank | |
|     Citibank #9935 | |
|     Citibank (Costco) #5277 | |
|     Home Depot | -179.67 |
|     Menards Contractor | 77.35 |
|     NE Bank Visa Roger | 1,324.35 |
|     NE Bank Visa Sasha | 974.91 |
|     Ulta Mastercard #4885 | |
|     U.S. Bank #4730 | |
|     U.S. Bank #9194 | |
|     US Bank (Roger 4730) | |
|     US BANK VISA 6835-6709 | |

# Balance Sheet

## Advance Companies, Inc.

### As of May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Total for Credit Cards** | **$2,549.89** |
| Other Current Liabilities | |
|  Direct Deposit Payable-1 | |
|  Loans -RW | 0 |
|   ARVI Fund $157K | |
|   Loan from ARVI Fund | |
|   Loan from Byzfunder $97.5K | |
|   Loan from Pearl Capital $69K | |
|   Loan from Roger Washbourne | 56,000.00 |
|   MERK Funding, Inc. ($65K) | |
|   Shine Capital Group ($150K) | |
| **Total for Loans -RW** | **$56,000.00** |
|  Payroll Liabilities | 0 |
|   Child Support | |
|   Child Support and Other Deductions | |
|   Dental Insurance | 835.35 |
|   Direct Deposit Payable | |
|   Federal Taxes (941/943/944) | 50,110.49 |
|   Federal Unemployment (940) | 1,880.70 |
|   Health Insurance | -38,343.64 |
|   MN Income Tax | 4,005.05 |
|   MN Unemployment Taxes | 2,335.97 |
|   Uniform & overpayment for Floor and Decor | |
| **Total for Payroll Liabilities** | **$20,823.92** |
|  Sales Tax Payable | 0 |
|   Anoka County Sales Tax Payable | |
|   Elk River Sales Tax Payable | 354.80 |
|   Isanti County Sales Tax Payable | |
|   Minnesota Sales Tax Revenue (Sales Tax) Payable | |
|   Out Of Scope Agency Payable | |
|   Ramsey County Sales Tax Payable | |
|   Washington County Sales Tax Payable | |
| **Total for Sales Tax Payable** | **$354.80** |
|  Upfront Deposit on Jobs | |
| **Total for Other Current Liabilities** | **$77,178.72** |
| **Total for Current Liabilities** | **$847,493.90** |

# Balance Sheet

## Advance Companies, Inc.
### As of May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
|   Note Payables - Vehicles | 0 |
|     Ally 2021 Chevy Equinox (1801) | 19,761.79 |
|     Ally 2024 Ram Promaster (2079) | 45,615.80 |
|     Ally 2024 Ram Promaster (2220) | 45,621.36 |
|     Fifth Third Bronco | -1,217.87 |
|     Firefly 21-152 #5285 | |
|     GM Financial 2021 Chevy Equinox (2455) | 22,097.13 |
|     GM Financial 2022 Chevy Colorado (9712) | 29,648.71 |
|     GM Financial 2023 Chevy Colorado (5804) | 38,928.16 |
|     GM Financial 2023 Chevy Colorado (8470) | 39,456.66 |
| **Total for Note Payables - Vehicles** | **$239,911.74** |
|   Notes Payable | 0 |
|     ERC Tax Refund | |
|     Frank Kitterman | |
|     LendSpark Equipment Loan | 26,577.82 |
|     MO Liquidity Loan | |
|     N/P - FYM Capital | 67,455.00 |
|     N/P - Liquidity Access | 308,517.50 |
|     N/P - Rosewood | |
| **Total for Notes Payable** | **$402,550.32** |
|   Other Long Term Liabilities | 0 |
|     Equipment Liability | |
|     Furniture and Fixtures Liabilit | |
|     LHI Liability | |
|     Vehicles | |
| **Total for Other Long Term Liabilities** | **0** |
| **Total for Long-term Liabilities** | **$642,462.06** |
| **Total for Liabilities** | **$1,489,955.96** |
| Equity | |
|   Retained Earnings | 919,548.50 |
|   Net Income | 438,541.52 |
|   Capital Stock | 1,000.00 |
|   Opening Balance Equity | -8,614.00 |
|   Paid In Capital | 149,882.11 |
|   Shareholder Distribution - RW | -513,206.04 |
|   Treasury Stock | -903,201.80 |
| **Total for Equity** | **$83,950.29** |
| **Total for Liabilities and Equity** | **$1,573,906.25** |