# Profit and Loss

## Advance Companies, Inc.

### January 1-May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Construction Income | $944.19 |
|    Residential | $729,779.40 |
|     Remodel | 20,794.34 |
|   **Total for Residential** | **$750,573.74** |
|   **Total for Construction Income** | **$751,517.93** |
|   eBillity Labor Income | 2,465.00 |
|   Other Income - Estimate Fee | 1,650.00 |
|   Services | -2,861.86 |
|   Unapplied Cash Payment Income | -18,000.02 |
| **Total for Income** | **$734,771.05** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | 0 |
|    Labor/Carpet | 3,838.54 |
|    Materials Construction | 19,375.41 |
|    Outside Services | 3,268.85 |
|    Subcontractors Carpet and Floor | 37,514.65 |
|    Subcontractors Construction | 99,528.10 |
|   **Total for Cost of Goods Sold** | **$163,525.55** |
|   Subcontractors Expense | 46,293.46 |
| **Total for Cost of Goods Sold** | **$209,819.01** |
| **Gross Profit** | **$524,952.04** |
| Expenses | |
|   Advertising and Promotion | 237.00 |
|   Ask the Owner | -33,388.53 |
|   Auto and Truck Expenses | 0 |
|    Auto Maintenance | 547.01 |
|    Auto - Other | 1,628.01 |
|    Auto Repairs | 1,842.39 |
|    Gas | 7,817.82 |
|   **Total for Auto and Truck Expenses** | **$11,835.23** |
|   Auto Lease | 0 |
|    2022 Chev Equinox #1795 | 1,543.95 |
|    2022 Chev Silv #1405 | 1,898.62 |
|   **Total for Auto Lease** | **$3,442.57** |
|   Bad Debt | 38,571.51 |
|   Bank Service Charges | 1,559.92 |
|   Club Memberships | 49.99 |
|   Credit Card Fees and Charges | 4.48 |

# Profit and Loss

## Advance Companies, Inc.

### January 1-May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Dues and Subscriptions | $1,814.94 |
|   Docusketch | 12.98 |
|   Dues and Subscriptions - Other | 50.75 |
|   Intuit-Quick Books | 1,533.85 |
|   Microsoft | 14.16 |
|   Next Gear - DASH | 2,608.40 |
|   Xactware | 1,162.51 |
| **Total for Dues and Subscriptions** | **$7,197.59** |
| Equipment General | 0 |
|   Equipment General - Other | 1,550.00 |
|   Equipment Rental | 3,780.20 |
| **Total for Equipment General** | **$5,330.20** |
| Finance Charges | 10,000.00 |
| Insurance Expense | $12,799.13 |
|   Pollution Insurance | 4,550.56 |
| **Total for Insurance Expense** | **$17,349.69** |
| Interest Expense | 100,682.13 |
| Late Fees | 94.99 |
| Leases | 0 |
|   Copying Machines | 463.16 |
| **Total for Leases** | **$463.16** |
| Meals and Entertainment | 2,644.10 |
| Merchant Deposit Fees | 15.00 |
| Merchant Processing Fees | 809.39 |
| Office/Shop Supplies | $3,970.47 |
|   Breakroom Supplies and Expense | 10.18 |
|   Office Expenses | 855.85 |
|   Office Supplies | 55.83 |
| **Total for Office/Shop Supplies** | **$4,892.33** |
| Other Business Expenses | 334.70 |
| Payroll Expenses | 0 |
|   Company Contributions | 0 |
|     Health Insurance | 16,204.90 |
| **Total for Company Contributions** | **$16,204.90** |
|   Payroll Expense - Other | 8,199.44 |
|   Taxes | 20,504.45 |
|   Wages | 203,848.63 |
| **Total for Payroll Expenses** | **$248,757.42** |

## Profit and Loss

### Advance Companies, Inc.

January 1-May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Professional Fees | 0 |
|  Accounting | 10,000.00 |
|  Legal | 15,008.15 |
|  Management Fees - Alacrity | 4,199.76 |
|  Management Fees - Sedgwick | 8,912.65 |
|  Management Fees - West Hill | 4,858.19 |
|  Professional Fees - Othr | 6,451.29 |
| **Total for Professional Fees** | **$49,430.04** |
| Purchases | 17,350.00 |
| Reimbursements | 186.90 |
| Rent and Operating Expense | 0 |
|  Bldg Repairs and Maintenance | 170.59 |
|  Rent Expense | 19,814.78 |
| **Total for Rent and Operating Expense** | **$19,985.37** |
| Salaries | 0 |
|  Salaries Officers | 3,500.00 |
| **Total for Salaries** | **$3,500.00** |
| Telephone Expense | $50.22 |
|  Cell Phones/Accessories | 811.76 |
|  Comcast- Office Phones/Internet | 917.36 |
| **Total for Telephone Expense** | **$1,779.34** |
| Training and Education | 296.98 |
| Travel | $4,477.16 |
|  Meals | 85.48 |
| **Total for Travel** | **$4,562.64** |
| Unapplied Cash Bill Payment Expense | 6,895.60 |
| Uniforms | 73.96 |
| Utilities | 0 |
|  CenterPoint | 1,673.42 |
|  Xcel Energy | 380.16 |
| **Total for Utilities** | **$2,053.58** |
| **Total for Expenses** | **$526,997.28** |
| **Net Operating Income** | **-$2,045.24** |
| Other Income | |
|  Credit Card Rewards | 536.28 |
|  Credit Card Surcharge Income | 386.80 |
|  Interest Income | 9.02 |
| **Total for Other Income** | **$932.10** |

# Profit and Loss

## Advance Companies, Inc.
### January 1-May 18, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Other Expenses | |
| **Net Other Income** | **$932.10** |
| **Net Income** | **-$1,113.14** |