| Form **1120** | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2022 or tax year beginning **10-01**, 2022, ending **12-31**, 20 **22** | | **2022** |
| | Go to *www.irs.gov/Form1120* for instructions and the latest information. | | |

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name** STM 19
ADVANCE COMPANIES OF MINNESOTA INC

Number, street, and room or suite no. If a P.O. box, see instructions. STE 15
350 73RD AVE NE

City or town, state or province, country or foreign postal code
FRIDLEY    MN    55432-5112

**B Employer identification number**

**C Date incorporated**
11-01-1978

**D Total assets (see instructions)**
$    131,873

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 253,484 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 253,484 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 75,702 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 177,782 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | 32 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 177,814 |

**Deductions (See instructions for limitations on deductions.)**

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | 6,957 |
| 13 | Salaries and wages (less employment credits) | 13 | 76,542 |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 21,856 |
| 17 | Taxes and licenses                                  Wks Tax/Lic | 17 | 55,959 |
| 18 | Interest (see instructions) | 18 | 6,394 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 4,729 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 183 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 18,307 |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)                 Statement #5 | 26 | 87,939 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 278,866 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | (101,052) |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

**Tax, Refundable Credits, & Payments**

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | (101,052) |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2023 estimated tax**          **Refunded** | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

ROGER M WASHBOURNE                                    PRESIDENT
Signature of officer          Date          Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| NIKOL SHAPIRO | NIKOL SHAPIRO | 11-10-2023 | | |
| Firm's name    SHAPIRO TAX CPA SERVICES, PLLC | | | Firm's EIN | |
| Firm's address    4300 TRENTON LN N UNIT 217 | | | Phone no. | |
| MINNEAPOLIS MN 55442-2839 | | | (763) 273-3524 | |

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations · · · · · · | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities · · · · · · · · | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities · · · · · · · · | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs · · · · · · · | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs · · · · · · · | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries · · · · · · · · · · · · · · · · · · · · | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations · · · · · · · · · · · · · · | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 · · · · · · · · · | | 100 | |
| 11 | Dividends from affiliated group members · · · · · · · · · · · · · · · · · · · · · · · · | | 100 | |
| 12 | Dividends from certain FSCs · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) · · · · · · · · · · · · · · | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) · · · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 15 | Reserved for future use · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) · · · · · | | | |
| 18 | Gross-up for foreign taxes deemed paid · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 · · · · · · · · · · · | | | |
| 20 | Other dividends · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities · · · · · · · · · | | | |
| 22 | Section 250 deduction (attach Form 8993) · · · · · · · · · · · · · · · · · · · · · · | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b · · · · · · · · · · · · · · | | | |

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions | ☐ | | |
| 2 | Income tax. See instructions | | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | 0 |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | **9f** | | |
| g | Other (see instructions - attach statement) | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

**Part II - Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

**Part III - Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---:|
| 13 | 2021 overpayment credited to 2022 | | **13** | |
| 14 | 2022 estimated tax payments | | **14** | |
| 15 | 2022 refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| d | Other (attach statement - see instructions) | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d | | **21** | |
| 22 | Reserved for future use | | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | | **23** | |

## Schedule K     Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:  a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) _____ |  |  |
| **2** | See the instructions and enter the: |  |  |
| **a** | Business activity code no.   238900 |  |  |
| **b** | Business activity   GENERAL CONTRACTOR |  |  |
| **c** | Product or service   DAMAGE REHAB |  |  |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? · · · · · · · · · · · · · · · · · · · |  | X |
|  | If "Yes," enter name and EIN of the parent corporation _____ |  |  |
| **4** | At the end of the tax year: |  |  |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) · · · · · · · · · · · |  | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) · · · · · | X |  |
| **5** | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions · · · · · · |  | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions · · · · · · · |  | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 · · · · · · · · · · · · · · · |  | X |
|  | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. |  |  |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. |  |  |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? · · · · · | X |  |
|  | For rules of attribution, see section 318.  If "Yes," enter: |  |  |
|  | **(a)** Percentage owned   100   and **(b)** Owner's country   OC |  |  |
|  | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business.  Enter the number of Forms 5472 attached _____ |  |  |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · · · · ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year     $ _____ |  |  |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer)     2 |  |  |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) · · · ☐ |  |  |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. |  |  |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·     $ _____ |  |  |

| Schedule K | Other Information *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | x |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  $ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | | x |
| | If "Yes," complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | | | x |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | | x |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | | x |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | | x |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | | x |
| 20 | Is the corporation operating on a cooperative basis? | | | x |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | | x |
| | If "Yes," enter the total amount of the disallowed deductions   $ | | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | | x |
| | If "Yes," complete and attach Form 8991. | | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year?  See instructions | | | x |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | | x |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," complete and attach Form 8990. | | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | x |
| | If "Yes," enter amount from Form 8996, line 15       $       0 | | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | | x |
| | Percentage:  By Vote                         By Value | | | |

Client Copy

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 59,993 | | 43,626 |
| 2a | Trade notes and accounts receivable | 215,583 | | 88,247 | |
| b | Less allowance for bad debts | ( ) | 215,583 | ( ) | 88,247 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | Statement #8 | 60,140 | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 530,538 | | 530,538 | |
| b | Less accumulated depreciation | ( 525,809 ) | 4,729 | ( 530,538 ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 340,445 | | 131,873 |

### Liabilities and Shareholders' Equity

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 16 | Accounts payable | | 181,809 | | 129,656 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 81,484 | | |
| 18 | Other current liabilities (attach statement) | Statement #11 | 104,905 | | 271,493 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 631,489 | | 416,133 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 1,000 | 1,000 | 1,000 | 1,000 |
| 23 | Additional paid-in capital | | 187,210 | | 149,882 |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | 55,750 | | 111,475 |
| 26 | Adjustments to shareholders' equity (attach statement) | Statement #14 | | | (44,564) |
| 27 | Less cost of treasury stock | | ( 903,202 ) | | ( 903,202 ) |
| 28 | Total liabilities and shareholders' equity | | 340,445 | | 131,873 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | (101,367) | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions $ 315 | | | | |
| c | Travel and entertainment $ _____ | | | | |
| | | 315 | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | (101,052) | 10 | Income (page 1, line 28)-line 6 less line 9 | (101,052) |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 55,750 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | (101,367) | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | (45,617) | 8 | Balance at end of year (line 4 less line 7) | (45,617) |

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

ADVANCE COMPANIES OF MINNESOTA INC

Employer identification number

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | 75,702 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 75,702 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 75,702 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☒ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods  · · · · · · · · · · · · · · · · · · ·  ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  · · · · ·  ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed

    under LIFO  · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions  · · · · ·  ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"

    attach explanation  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·  ☐ Yes ☒ No

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

▶ See instructions.

OMB No. 1545-0123

Name

ADVANCE COMPANIES OF MINNESOTA INC

Employer identification number (EIN)

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| ROGER M WASHBOURNE | | NZ | 49 |
| OLEKSANDRA OVCHAROVA | | UP | 51 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which his form relates | Identifying number |
|---|---|---|
| ADVANCE COMPANIES OF MINNESOTA I | FORM 1120 | |

**Part I**    **Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**    **MACRS Depreciation** (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Mon h and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Conven ion | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 4,729 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 4,729 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2022)

EEA

**Part V**   **Listed Property**   (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a | Do you have evidence to support the business/investment use claimed? | | | | Yes | | No | | 24b If "Yes," is the evidence written? | | | Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . .   **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| Statement #568 | | % | | | | | 4,729 | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . **28** | | | | | | | 4,729 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1  . . . . . . . . . . . . . . .   **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) · · · | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year · | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners   . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions  . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year . . . . . . . . . . . . . . . . . . . . . . . . **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report  . . . . . . . . . . . . . **44** | | | | | |

## FORM 1120 - LINE 26 - OTHER DEDUCTIONS

Statement #5

| DESCRIPTION | AMOUNT |
|---|---|
| AUTOMOBILE AND TRUCK EXPENSES | 14,115 |
| BANK CHARGES | 584 |
| DUES AND SUBSCRIPTIONS | 7,658 |
| EDUCATION AND TRAINING | 635 |
| INSURANCE | 13,884 |
| LEGAL AND PROFESSIONAL | 5,718 |
| MEALS 100% LIMIT | 309 |
| OFFICE EXPENSE | 12,570 |
| PERMITS AND FEES | 560 |
| POSTAGE/SHIPPING | 708 |
| TELEPHONE | 1,618 |
| TRAVEL | 1,696 |
| UTILITIES | 3,375 |
| MISCELLANEOUS EXPENSE | 2,173 |
| ANSWERING SERVICE | 633 |
| CREDIT CARD FEES | 625 |
| AUTO LEASE EXPENSE | 872 |
| FINANCE CHARGES | 20,206 |
| **TOTAL** | **87,939** |

PG01

## SCHEDULE L - LINE 6

Statement #8

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| UNBILLED WIP | 49,898 | |
| PREPAID INSURANCE | 9,942 | |
| PREPAID EXPENSES | 300 | |
| **TOTAL** | **60,140** | |

Client Copy

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

Tax ID Number

## SCHEDULE L - LINE 18

Statement #11

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---:|---:|
| ACCRUED INSURANCE | 7,283 | |
| ACCRUED INTEREST | 3,376 | |
| ACCRUED SALES TAX | 710 | 1,741 |
| CREDIT CARDS | 93,536 | 93,208 |
| CURRENT LOANS | | 172,403 |
| PAYROLL LIABILITIES | | 4,141 |
| **TOTAL** | **104,905** | **271,493** |

**PG01**

## SCHEDULE L - LINE 26

Statement #14

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---:|---:|
| ADJUSTMENT | | (44,564) |
| **TOTAL** | | **(44,564)** |

**PG01**

## Short Year Explanation

Statement #1935

TERMINATION OF S CORPORATION ELECTION RESULTED IN TWO SHORT YEAR
RETURNS FOR TAX YEAR 2022: ONE FINAL SHORT YEAR S CORPORATION RETURN
AND ONE INITIAL SHORT YEAR C CORPORATION RETURN.

STATMENT.LD

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

Tax ID Number

<u>FORM 4562 - LINE 26</u>

| DESCRIPTION | DATE | %BUS | COST | DEPR BASIS | RP | METHOD | DEDUCTION | 179 DED |
|---|---|---|---|---|---|---|---|---|
| 2007 CHEV TRUCK NO. 9768 | 03-07-2008 | 100 | 34,954 | 34,954 | 5 | SL   HY | | |
| IN TRADE OF ASSET- 2011 CHEVY VAN NO. 8298 | 10-12-2011 | 100 | 24,686 | 24,686 | 5 | 200DBHY | | |
| 2006 CHEVY VAN | 10-15-2015 | 100 | 8,614 | 8,614 | 5 | 200DBHY | | |
| 2014 CHEVY EXPRESS G2500 | 02-24-2017 | 100 | 13,474 | 13,474 | 5 | 200DBHY | | |
| 2016 CHEVY VAN | 08-20-2018 | 100 | 24,841 | 24,841 | 5 | 200DBMQ | | |
| 2014 FORD E250 VAN | 09-19-2019 | 100 | 23,518 | 23,518 | 5 | 200DBHY | 488 | |
| 2017 SILVERADO | 06-06-2019 | 100 | 43,771 | 43,771 | 5 | 200DBHY | 2,310 | |
| 2009 ECONOLINE E250 | 02-10-2020 | 100 | 10,823 | 10,823 | 5 | 200DBHY | | |
| FORD TRANSIT | 08-23-2021 | 100 | 25,924 | 25,924 | 5 | 200DBMQ | 1,931 | |
| 2014 CHRYSLER VAN | 08-31-2014 | 100 | 36,445 | 36,445 | 5 | 200DBMQ | | |
| 1997 FORD ECONOLINE NO. 07289 | 09-26-1997 | 100 | 2,453 | 2,453 | 5 | 200DBMQ | | |
| 2018 PACIFICA | 08-07-2018 | 100 | 47,047 | 47,047 | 5 | 200DBMQ | | |
| FORD TRANSIT | 12-30-2020 | 100 | 30,415 | 30,415 | 5 | 200DBMQ | | |
| 2022 GMC ACADIA | 12-13-2021 | 100 | 55,703 | 55,703 | 5 | 200DBHY | _____ | |
| TOTAL | | | | | | | 4,729 | |

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

FE N

**FORM 1120, PAGE 1, LINE 16 - RENTS**

| Description | | Amount |
|---|---|---|
| RENT AND OPERATING EXPENSE | $ | 21,856 |
| **Total:** | **$** | **21,856** |

| Description | | Amount |
|---|---|---|
| CURRENT PORTION OF LONG TERM LIABILITIES | $ | 56,984 |
| LINE OF CREDIT | | 24,500 |
| **Total:** | **$** | **81,484** |

| Description | | Amount |
|---|---|---|
| LESS CURRENT PORTION OF LONG TERM LIABILITIES | $ | (56,984) |
| NOTE PAYABLE - FRANK KITTERMAN | | 546,518 |
| VEHICLE LOANS PAYABLE | | 141,955 |
| **Total:** | **$** | **631,489** |

| Description | | Amount |
|---|---|---|
| NOTE PAYABLE - FRANK KITTERMAN | $ | 400,000 |
| VEHICLE LOANS PAYABLE | | 16,133 |
| **Total:** | **$** | **416,133** |

Client Copy

# Taxes and Licenses Attachment

Note: This information does not transmit to the IRS with e-filed returns.

Including with a paper filed return is optional.

**2022**

**CORPORATION NAME**

ADVANCE COMPANIES OF MINNESOTA INC

**EIN**

**Taxes and Licenses**

Form 1120, line 17
Form 1120-C, line 15
Form 1120-H, line 12

| | | | |
|---|---|---|---|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Real estate taxes | 5 | |
| 6 | Local property taxes | 6 | |
| 7 | Intang ble property taxes | 7 | |
| 8 | Payroll taxes | 8 | 55,959 |
| 9 | Less: credit from Form 8846 | 9 | |
| 10 | Foreign taxes paid | 10 | |
| 11 | Occupancy taxes | 11 | |
| 12 | Other miscellaneous taxes | 12 | |
| 13 | Licenses | 13 | |
| 14 | Total to Form 1120, Page 1, Line 17 | 14 | 55,959 |

Client Copy

ATT CTL.LD

**Depreciation Detail Listing**
FORM 1120
(This page is not filed with the return. It is for your records only.)

**2022**
PAGE 1

\* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

Social security number/EIN

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 CHEV TRUCK NO. 9 | 03072008 | 34,954 | | 100.00 | | | 34,954 | 5 | SL    HY | 20 | 34,954 | | 34,954 | |
| 2 | IN TRADE OF ASSET- 20 | 10122011 | 24,686 | | 100.00 | | | 24,686 | 5 | 200 DB HY | 0 | 24,686 | | 24,686 | |
| 3 | 2006 CHEVY VAN | 10152015 | 8,614 | | 100.00 | | | 8,614 | 5 | 200 DB HY | 0 | 8,614 | | 8,614 | |
| 4 | 2014 CHEVY EXPRESS G2 | 02242017 | 13,474 | | 100.00 | | | 13,474 | 5 | 200 DB HY | 0 | 13,474 | | 13,474 | |
| 5 | 2016 CHEVY VAN | 08202018 | 24,841 | | 100.00 | | | 24,841 | 5 | 200 DB MQ | 9.58 | 24,841 | | 24,841 | |
| 6 | 2014 FORD E250 VAN | 09192019 | 23,518 | | 100.00 | | | 23,518 | 5 | 200 DB HY | 11.52 | 23,030 | 488 | 23,518 | |
| 7 | 2017 SILVERADO | 06062019 | 43,771 | | 100.00 | | | 43,771 | 5 | 200 DB HY | 11.52 | 41,461 | 2,310 | 43,771 | |
| 8 | 2009 ECONOLINE E250 | 02102020 | 10,823 | | 100.00 | | | 10,823 | 5 | 200 DB HY | 11.52 | 10,823 | | 10,823 | |
| 9 | FORD TRANSIT | 08232021 | 25,924 | | 100.00 | | | 25,924 | 5 | 200 DB MQ | 22.8 | 23,993 | 1,931 | 25,924 | |
| 10 | 2014 CHRYSLER VAN | 08312014 | 36,445 | | 100.00 | | | 36,445 | 5 | 200 DB MQ | 0 | 36,445 | | 36,445 | |
| 11 | 1997 FORD ECONOLINE N | 09261997 | 2,453 | | 100.00 | | | 2,453 | 5 | 200 DB MQ | 0 | 2,453 | | 2,453 | |
| 12 | 2018 PACIFICA | 08072018 | 47,047 | | 100.00 | | | 47,047 | 5 | 200 DB MQ | 9.58 | 47,047 | | 47,047 | |
| 13 | FORD TRANSIT | 12302020 | 30,415 | | 100.00 | | | 30,415 | 5 | 200 DB MQ | 15.6 | 30,415 | | 30,415 | |
| 14 | 2022 GMC ACADIA | 12132021 | 55,703 | | 100.00 | | | 55,703 | 5 | 200 DB HY | 32 | 55,703 | | 55,703 | |
| 15 | FURNITURE & FIXTURES | 01011901 | 9,663 | | 100.00 | | | 9,663 | 7 | | 0 | 9,663 | | 9,663 | |
| 16 | EQUIPMENT | 01011901 | 138,207 | | 100.00 | | | 138,207 | 5 | | 0 | 138,207 | | 138,207 | |
| | Totals | | 530,538 | | | | | 530,538 | | | | 525,809 | 4,729 | 530,538 | |

Land Amount
Net Depreciable Cost                530,538

CY 179 and CY Bonus
TOTAL CY Depr including 179/bonus                4,729

ST ADJ:

# Next Year's Depreciation Worksheet

(This page is not filed with the return. It is for your records only.)

**2022**

Name(s) as shown on return

**ADVANCE COMPANIES OF MINNESOTA INC**

Tax ID Number ▉▉▉▉▉▉

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|------|-----------|-------------|------|-------|--------|------|-----------|
| 1120 | 1 | 2007 CHEV TRUCK NO. 9768 | 03-07-2008 | 34,954 | SL | 5 | |
| 1120 | 1 | IN TRADE OF ASSET- 2011 | 10-12-2011 | 24,686 | M | 5 | |
| 1120 | 1 | 2006 CHEVY VAN | 10-15-2015 | 8,614 | M | 5 | |
| 1120 | 1 | 2014 CHEVY EXPRESS G2500 | 02-24-2017 | 13,474 | M | 5 | |
| 1120 | 1 | 2016 CHEVY VAN | 08-20-2018 | 24,841 | M | 5 | |
| 1120 | 1 | 2014 FORD E250 VAN | 09-19-2019 | 23,518 | M | 5 | |
| 1120 | 1 | 2017 SILVERADO | 06-06-2019 | 43,771 | M | 5 | |
| 1120 | 1 | 2009 ECONOLINE E250 | 02-10-2020 | 10,823 | M | 5 | |
| 1120 | 1 | FORD TRANSIT | 08-23-2021 | 25,924 | M | 5 | |
| 1120 | 1 | 2014 CHRYSLER VAN | 08-31-2014 | 36,445 | M | 5 | |
| 1120 | 1 | 1997 FORD ECONOLINE NO. | 09-26-1997 | 2,453 | M | 5 | |
| 1120 | 1 | 2018 PACIFICA | 08-07-2018 | 47,047 | M | 5 | |
| 1120 | 1 | FORD TRANSIT | 12-30-2020 | 30,415 | M | 5 | |
| 1120 | 1 | 2022 GMC ACADIA | 12-13-2021 | 55,703 | M | 5 | |
| 1120 | 1 | FURNITURE & FIXTURES | 01-01-1901 | 9,663 | M | 7 | |
| 1120 | 1 | EQUIPMENT | 01-01-1901 | 138,207 | M | 5 | |

Client Copy

# Form 1120, Line 29a, NOL Deduction
## Form 1120-C, Schedule G, Line 9a, Column (a), Patronage NOL Deduction

(This page is not filed with the return. It is for your records only.)

**2022**

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

Tax ID Number

| Year | Loss Carryover/ Carryback | Increase of NOL Due to Sec 170(d)(2)(B) Contribution Reduction* | Loss Applied to 2022 | Unused Loss | Unused Sec 170(d)(2)(B) |
|---|---|---|---|---|---|
| 2002 | | | | | |
| 2003 | | | | | |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| 2007 | | | | | |
| 2008 | | | | | |
| 2009 | | | | | |
| 2010 | | | | | |
| 2011 | | | | | |
| 2012 | | | | | |
| 2013 | | | | | |
| 2014 | | | | | |
| 2015 | | | | | |
| 2016 | | | | | |
| 2017 | | | | | |
| 2018 | | | | | |
| 2019 | | | | | |
| 2020 | | | | | |
| 2021 | | | | | |
| | **Current year NOL** | | **Applied to Prior Years** | **Remaining 2022 NOL carryover** | |
| 2022 | 101,052 | | | 101,052 | |
| | **Future years NOL** | | **Applied to 2022** | | |
| Future Years | | | | | |
| **TOTALS** | 101,052 | | 0 | 101,052 | 0 |

* A corporation having a net operating loss (NOL) carryover from any taxable year must apply the special rule of §170(d)(2)(B). The rules are designed to prevent a double tax benefit through interaction of NOL and charitable contribution carryovers. The excess charitable deduction can reduce taxable income only once. Under these rules, a corporation's charitable contributions carryover (but not the NOL carryover) must be reduced, to the extent the charitable contribution deduction, in computing the taxable income of an intervening year, would increase the NOL to a succeeding year.

ATT NOL.LD

**Form 1120**

# Carryover/Carryforward Worksheet

(This page is not filed with the return. It is for your records only.)

**2022**

Name(s) as shown on return

**ADVANCE COMPANIES OF MINNESOTA INC**

Tax ID Number

| | To Next Year |
|---|---|
| **Form 1120** | |
| Contributions carryover | 315 |
| Net Operating Loss Carryover | 101,052 |
| | |
| **Schedule D (Form 1120)** | |
| Unused capital loss carryover | |
| Reserved for future use | |
| Carryover expiring this year | |
| Capital loss carryover to next year | |
| | |
| **Form 2220** | |
| Tax | |
| | |
| **Form 3800** | |
| General business credit carryforward | |
| | |
| **Form 4562** | |
| Section 179 Carryover | |
| | |
| **Form 4797** | |
| Nonrecaptured net section 1231 losses from WK_1231C | |
| Reserved for future use | |
| | |
| **Reserved** | |
| Reserved for future use | |
| | |
| **Form 8827** | |
| Minimum tax credit carryforward | |

## Contribution Limitation/Carryover Worksheet

(Keep for your records)

**2022**

Name(s) as shown on return

ADVANCE COMPANIES OF MINNESOTA INC

Tax ID Number

| | | A<br>Amount | B<br>Deduction Allowed<br>in Current Year | C<br>Adjustment under<br>Section 170(d)(2)(B)* | D<br>Expiring<br>Carryover | E<br>New Carryover |
|---|---|---|---|---|---|---|
| 1 | Current yr contrib. subject to 10% | 315 | | | | 315 |
| 2 | Carryover from: | | | | | |
| a | 1st preceding period (Inc. Ketra) | | | | | |
| b | 2nd preceding period | | | | | |
| c | 3rd preceding period | | | | | |
| d | 4th preceding period | | | | | |
| e | 5th preceding period | | | | | |
| 3 | Subtotal Contributions | 315 | | | | 315 |
| 4 | 100% Qualified Conservation Contr | | | | | |
| 5 | Carryover of 100% Qual. Cons. Contr: | | | | | |
| a | 1st preceding period | | | | | |
| b | 2nd preceding period | | | | | |
| c | 3rd preceding period | | | | | |
| d | 4th preceding period | | | | | |
| e | 5th preceding period | | | | | |
| f | 6th preceding period | | | | | |
| g | 7th preceding period | | | | | |
| h | 8th preceding period | | | | | |
| i | 9th preceding period | | | | | |
| j | 10th preceding period | | | | | |
| k | 11th preceding period | | | | | |
| l | 12th preceding period | | | | | |
| m | 13th preceding period | | | | | |
| n | 14th preceding period | | | | | |
| o | 15th preceding period | | | | | |
| 6 | Subtotal 100% limit contr (4 + 5a-5o) | | | | | |
| 7 | Total All Columns (line 3 + line 6) | 315 | | | | 315 |

### Computation of Taxable Income for 25% Limitation

| | | |
|---|---|---|
| 8 | Taxable income computed without Section 179, contribution or domestic production activities deduction | 8 | (101,052) |
| 9 | Section 179 deduction (for purpose of contribution limitation) | 9 | |
| 10 | Taxable income computed with Section 179 deduction. Line 8 minus line 9 | 10 | |
| 11 | Maximum contribution. 10% of line 10 | 11 | |
| 12 | Contribution deduction (for purposes of Section 179 limitation). Smaller of line 3, column A or line 11 | 12 | |
| 13 | Taxable income computed with contribution deduction. Line 8 minus line 12 | 13 | |
| 14 | Actual Section 179 deduction | 14 | |
| 15 | Taxable income computed with actual Section 179 deduction. Line 8 minus line 14 | 15 | |
| 16 | Net operating loss deduction, limited by line 15 of this worksheet | 16 | |
| 17 | Taxable income for purposes of contribution deduction. Line 15 minus line 16 | 17 | |
| 18 | Maximum contribution. 10% of line 17 | 18 | |
| 19 | Actual contribution deduction. Smaller of line 3, column A or line 18 | 19 | |

### Additional contribution allowed under the Pension Protection Act of 2008

| | | |
|---|---|---|
| 20 a | Taxable income (from line 17 above) | 20a | |
| b | Less contribution deduction, if any, from line 19 above | 20b | |
| c | Maximum additional contribution allowed (line 20a - line 20b) | 20c | |
| d | 100% Qualified Conservation Contributions | 20d | |
| 21 | Additional contribution allowed. Smaller of line 20c or line 20d | ▶ 21 | |
| 22 | Add lines 19 and 21. Report on Form 1120, page 1, line 19 | 22 | |
| 23 | Carryover (unallowed) Qualified conservation contributions | 23 | |

* A corporation having a net operating loss (NOL) carryover from any taxable year must apply the special rule of § 170(d)(2)(B). The rules are designed to prevent a double tax benefit through interaction of NOL and charitable contribution carryovers. The excess charitable deduction can reduce taxable income only once. Under these rules, a corporation's charitable contributions carryover (but not the NOL carryover) must be reduced, to the extent the charitable contribution deduction, in computing the taxable income of an intervening year, would increase the NOL to a succeeding year.

| EF_PDF~ | **EF Attachments** | **2022** |
|---|---|---|
| | (These PDF files will be included with the e-filed return. Do not attach this page if paper filing.) | |

Name of corporation
ADVANCE COMPANIES OF MINNESOTA INC

FEIN ▮▮▮▮▮▮▮

| Reference | Description | Filename: |
|---|---|---|
| 7004 | EXTENSION | EXTENSION.PDF |
| SECTION 1361(B) | S ELECTION TERMINATION | INVOLUNTARYREVOCATIONOFSELECTION.PDF |
| 1377(A)(2) | SEPARATE TAX YEARS | ELECTIONTOAPPLYSPECIFICACCOUNTRULES.PDF |

EF_PDF~LD

**\*\*\* Before selecting this return for EF, ensure all PDFs are current, based on the last calculation. \*\*\***

# Form 7004

(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ *Go to www.irs.gov/Form7004 for instructions and the latest information.*

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | ADVANCE COMPANIES OF MINNESOTA INC | |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 350 73RD AVE NE STE 15 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | FRIDLEY        MN    55432-5112 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

## Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . .   | 1 | 2 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

## Part II   All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶   ☐

5a   The application is for calendar year 20 ____ , or tax year beginning   10-01   , 20 22 , and ending   12-31   , 20 22 .

b   **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☒ Other (See instructions-attach explanation.)
S ELECTION TERMINATION

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 0 |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . . | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

EEA

Involuntary Revocation of S-Election

Advanced Companies of Minnesota, Inc. (the "Corporation") has a valid S Election effective from 01/10/1987.

On September 30th 2022, the sole shareholder, Lawrence Trap, sold all of their stock in the Corporation to Roger Washbourne and Oleksanda Ovcharova, thus terminating their interests in the Corporation.

Both Roger Washbourne and Oleksanda Ovcharova are nonresident aliens. As of the sale date, the Corporation failed to meet the requirements under § 1361(b) and thus the S Election is terminated.

The final S Corporation form 1120S tax year 01/01/2022 – 09/30/2022 will be filed with an 1120 10/01/2022 – 12/31/2022 to capture the remaining period.

Election to Apply Specific Account Rules

Pursuant to § 1377(a)(2) of the Internal Revenue Code and Regulations § 1.377-1(b), Advance Companies of Minnesota, Inc. (the "Corporation") hereby elects to treat the taxable year ending 12/31/2022 as if it consisted of two separate taxable years for the purposes of applying the rules under § 1377(a)(1).

The first taxable year began on 01/01/2022 and ended on 09/30/2022.

The second taxable year began on 10/01/2022 and ended on 12/31/2022.

The reason for this election is a 100% ownership transfer that occurred on 09/30/2022.

The Corporation and each affected shareholder consent to the Corporation making this election.

Form **MN4562**

## Depreciation and Amortization
### (Including Information on Listed Property)

**2022**
Attachment

State **MN**

▶ See separate instructions.　　▶ Keep for your records.

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ADVANCE COMPANIES OF MINNESOTA I | FORM 1120 | |

**Part I　Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1,080,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . | 3 | 2,700,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 1,080,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 8$NAME . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . . | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II　Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |

**Part III　MACRS Depreciation** (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . . . . | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a　3-year property | | | | | | |
| b　5-year property | | | | | | |
| c　7-year property | | | | | | |
| d　10-year property | | | | | | |
| e　15-year property | | | | | | |
| f　20-year property | | | | | | |
| g　25-year property | | | 25 yrs. | | S/L | |
| h　Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i　Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a　Class life | | | | | S/L | |
| b　12-year | | | 12 yrs. | | S/L | |
| c　30-year | | | 30 yrs. | MM | S/L | |
| d　40-year | | | 40 yrs. | MM | S/L | |

**Part IV　Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 4,729 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | 22 | 4,729 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**　　　　　　　Form **4562** (2022)

EEA

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No **24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| See ST DEPR Sc | | % | 349,368 | | 5 | | | |
| | | % | | | 5 | | | |
| | | % | | | 5 | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . **28** | | | | | | | 4,729 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) · · · | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year · | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2022 tax year . . . . . . . . . . . . . . . . . . . . . | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report · · · · · · · · · · · · · | | | | **44** | |