UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Advance Companies, Inc., | Case No. 25-41603 |
| Debtor. | Chapter 11 |

NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Kenneth C. Edstrom shall appear as counsel for Premier IT LLC.

**SAPIENTIA LAW GROUP PLLC**

Dated: July 3, 2025

/s/ Kenneth C. Edstrom
Kenneth C. Edstrom (#148696)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
Fax: (612) 756-7101 0
kene@sapientialawcom

Attorney for Premier IT LLC