UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| In re: | Chapter 11 |
| --- | --- |
| Advance Companies Inc., | Case Number: 25-41603 |
| Debtor. | |
| | ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

This case is before the court on the Motion of Patricia Vauk for relief from the automatic stay imposed by 11 U.S.C. § 362(a). David Wilson appeared for Creditor and Movant Patrica Vauk. No other parties appeared.

Based on the record, the Court finds that grounds exist under 11 U.S.C. § 362(d)(1) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows:

    a. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the Movant may commence an action against the Debtor to obtain a final judgment and apply to the Minnesota Contractor Recovery Fund.

      b. Movant Vauk may not attempt to collect any judgment entered against Debtor Advance Companies Inc., that Movant Vauk secures.

2. 11 U.S.C. § 362 otherwise remains in full effect and Movant may not otherwise attempt to collect from the Debtor during the pendency of the automatic stay.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.

Dated: *September 2, 2025*

                                                                          s/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge