# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Advance Companies Inc.,**

    **Debtor.**

**Chapter 7**

**Bankruptcy No. 25-41603**

## ORDER

This matter came before the Court on the Motion to Convert or Dismiss Chapter 11 Case filed by Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"). The debtor, the UST, and the subchapter V trustee, Mary Sieling, agreed to entry of this order. Based on the agreement of the parties,

IT IS ORDERED:

1. This case is dismissed.

Dated: *October 1, 2025*

*s/ William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge