# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No.  25-41603 |
| Advance Companies, Inc. | |
| Debtor. | |

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mary Sieling*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $2,628.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on September 30, 2025, the Court ordered compensation of $2,628.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on October 7, 2025. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date: October 8, 2025            By: _s/ Mary Sieling_____
                                         Mary Sieling, Trustee